RECEIVED
AUG 21 2017
BY MAIL

FILED
AUG 21 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Mr. DAMAL J. TURNER )
#136901 )
_____ )
_____ )
_____ )
(Enter above the full name of the )
Plaintiff in this action. Include prison )
registration number.) )
)
v. )
)
ST. LOUIS CITY SHERIFFS OFFICE )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

4:17CV2280 DDN

Case No. _____
(To be assigned by Clerk)

"JURY TRIAL DEMANDED"

In what capacity are you suing the defendants?

☐  Official
☐  Individual
☑  Both

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I. PLACE OF PRESENT CONFINEMENT: CRIMINAL JUSTICE CENTER 200 S. TUCKER BLVD ST. LOUIS, MO 63102

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [ ]        NO [✓]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff: _____

   _____

   Defendant(s): _____

   _____

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

   _____

   _____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

   _____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [✓]          NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES [ ]          NO [✓]

C. If your answer to "B" is YES, what steps did you take: _____

D. If your answer to "B" is NO, explain why you have not used the grievance system:

<u>no grievance has been filed because there is no grievance procedure available to file on the Sheriffs Department that would remedy the damage already done.</u>

IV. PARTIES TO THIS ACTION:

A. Plaintiff

1. Name of Plaintiff: <u>MR. DAMAL J. TURNER</u>
2. Plaintiff's address: <u>1216 WILMINGTON St APT 2F. ST. LOUIS, MO 63111</u>
3. Registration number: <u>#136901</u>

B. Defendant(s)

1. Name of Defendant: <u>ST. LOUIS CITY SHERIFFS OFFICE</u>
2. Defendant's address: <u>10 N. Tucker blvd - 8th Fl, ST LOUIS, MO 63101</u>
3. Defendant's employer and job title: _____
4. Additional Defendant(s) and address(es): <u>Same</u>

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]      NO [✓]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [✓]      NO [ ]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

        SHAWN GOULET
        230 SOUTH BEMISTON SUITE 410
        CLAYTON, MO 63105

    D. If your answer to "B" is NO, explain why you have not made such efforts:

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]      NO [✓]

    F. If your answer to "E" is YES, state the attorney's name and address:

-4-

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Prior to my father Duane Turner passing suddenly and unexpectedly on the 3rd day of June 2017. HE and I just spoke a few days before this happened. We talked about starting a painting company together because he knew thats what I like to do. On the 3rd day of June 2017, my father passed away from a heart attack at his apartment in East Alton IL. I was notified by the caseworker Mrs. Teoupe, at the St Louis City Justice Center on the 4th day of June 2017, that my father had passed away. She let me call my attorney, Sean Milford and I left him a message on his answer machine. On the 12th day of June 2017 I spoke with my Attorney Sean Milford, who successfully filed a motion requesting an order that I be allowed to view my fathers body post mortem at Serenity Memorial Chapel location 3416 West Main st in Belleville, IL 62226, to obtain closure and say my last good-byes for emotional solace and spiritual completion.

On the 14th day of June 2017, My 8th Amendent → see ATTACHMENT

Continuing From Page (5)

right to be free from cruel and unusual punishment for my mental and physical anxiety, distress heartbreak and soulful despair over being denied an opportunity to obtain closure by properly grieving and 14th Amendment right to due process and equal protection under the law, to the United States Constitution.

There is no security concern where Reginald Clemons was at a maximum security level five prison and it was broadcast on the news that he was allowed to view his brother's body from Potosi Correctional Center to Natural Bridge and Lucas Hunt.

My rights were violated by the St. Louis City Sheriffs Office, when they refused to obey the court order issued by Judge Barbara Peebles in division 26 of the St. Louis City Courts.

The defendants to this law suit stated that its not there issue and this action by the defendant violated my 8th Amendment right to be free from cruel and unusual punishment. While aslo clearly violating an order of the court and my equal due process rights under the law.

VII.  RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a state prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case must be filed on a § 2254 form.)

*Punitive damages to be assessed by the court at near or above $5,000,000.00 dollars and nominal damages of $1.00*

VIII.  MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

*$5,000,000.00 My Constitution rights were violated and so was the Court order. My Father meant the world to me and its a Chapter that will not be close due to not saying my last words.*

IX.  Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

_____   8/10/2017
Signature of attorney or pro se Plaintiff     Date

-6-